**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: November 16, 2020 | DC Docket #: 19-cv-6078 |
| Docket #: 20-3855 | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Bromfield-Thompson v. American University of Antigua | DC Judge: Furman |

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_   Record on Appeal - Certified List

\_\_\_\_   Record on Appeal - CD ROM

\_\_\_\_   Record on Appeal - Paper Documents

\_\_X\_\_   Record on Appeal - Electronic Index

\_\_\_\_   Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8527.