| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:19-cv-06078-JMF Bromfield-Thompson v. American University of Antigua/Manipal Education Americas, LLC et al Appeal Record Sent to USCA - Electronic File |
| **Date:** | Friday, November 13, 2020 9:00:55 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/13/2020 at 9:00 AM EST and filed on 11/13/2020

**Case Name:** Bromfield-Thompson v. American University of Antigua/Manipal Education Americas, LLC et al
**Case Number:** 1:19-cv-06078-JMF
**Filer:**
**WARNING: CASE CLOSED on 10/13/2020**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [73] Notice of Appeal filed by Debbie-Ann Bromfield Thompson were transmitted to the U.S. Court of Appeals. (tp)**

**1:19-cv-06078-JMF Notice has been electronically mailed to:**

Robb William Patryk     robb.patryk@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, robb-patryk-1191@ecf.pacerpro.com

Amina Hassan     hassan@hugheshubbard.com, amina-hassan-5259@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Evelyn Yue Pang     EPang@perkinscoie.com, docketnyc@perkinscoie.com, mfleurantin@perkinscoie.com, nvargas@perkinscoie.com

Caroline Mew     cmew@perkinscoie.com

Debbie-Ann Bromfield Thompson    debibromfield@hotmail.com

**1:19-cv-06078-JMF Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF,PRO–SE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19–cv–06078–JMF

| | |
|---|---|
| Bromfield–Thompson v. American University of Antigua/Manipal Education Americas, LLC et al<br>Assigned to: Judge Jesse M. Furman<br>Cause: 42:12132 Americans with Disabilities Act – Discrimination | Date Filed: 06/27/2019<br>Date Terminated: 10/13/2020<br>Jury Demand: None<br>Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Debbie–Ann Bromfield Thompson**    represented by    **Debbie–Ann Bromfield Thompson**
1405 Kennedy Street NW
Washington, DC 20011
202–534–9164
Fax: 202–640–1914
Email: debibromfield@hotmail.com
PRO SE

V.

**Defendant**

**American University of Antigua/Manipal Education Americas, LLC**
*1 Battery Plaza, 33rd Fl., New York, NY 10004*
*also known as*
GCLR, LLC

**Defendant**

**NBME**    represented by    **Evelyn Yue Pang**
*3750 Market Street, Philadelphia, PA 19104*
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
212–261–6875
Email: EPang@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Mew**
Perkins Coie LLP
700 Thirteenth Street, NW
Ste 600
Washington, DC 20005
202–654–1767
Fax: 202–624–9551
Email: cmew@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**American University of Antigua**    represented by    **Robb William Patryk**
*TERMINATED: 01/14/2020*
Hughes Hubbard & Reed LLP (NY)
One Battery Park Plaza
New York, NY 10004
(212) 837–6861
Email: robb.patryk@hugheshubbard.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amina Hassan**
Hughes Hubbard & Reed LLP (NY)
One Battery Park Plaza
New York, NY 10004
(212) 837–6793
Fax: (212) 299–6793
Email: hassan@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Manipal Education Americas, LLC**<br>*TERMINATED: 01/14/2020* | represented by | **Robb William Patryk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Amina Hassan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2019 | 1 | COMPLAINT against American University of Antigua/Manipal Education Americas, LLC, NBME. (Filing Fee $ $400.00, Receipt Number 465401238729) Document filed by Debbie Ann Bromfield–Thompson. (sac) (Entered: 07/01/2019) |
| 06/27/2019 | 2 | NOTICE OF PRO SE APPEARANCE by Debbie Ann Bromfield–Thompson. (sac) (Entered: 07/01/2019) |
| 06/27/2019 | | Case Designated ECF. (sac) (Entered: 07/01/2019) |
| 07/30/2019 | | NOTICE OF CASE REASSIGNMENT to Judge Jesse M. Furman. Judge Unassigned is no longer assigned to the case. (bcu) (Entered: 07/30/2019) |
| 07/30/2019 | | Magistrate Judge Barbara C. Moses is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (bcu) (Entered: 07/30/2019) |
| 07/30/2019 | 4 | ORDER: Plaintiff, who is proceeding pro se, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses as to Defendants American University of Antigua and NBME. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has neither served Defendants nor requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. (Signed by Judge Jesse M. Furman on 7/30/2019) (ne) Transmission to Pro Se Assistants for processing. (Entered: 07/30/2019) |
| 07/31/2019 | | SUMMONS ISSUED as to American University of Antigua/Manipal Education Americas, LLC, NBME. (nb) (Entered: 07/31/2019) |
| 07/31/2019 | 5 | INFORMATION PACKAGE MAILED to Debbie Ann Bromfield–Thompson 1405 Kennedy Street, NW Washington, DC 20011, at, on 7/31/2019 Re: 4 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access |

| | | |
|---|---|---|
| | | to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases), one or more summonses (only if you have paid the fee in person or if the judge has ordered that a summons be issued to you) – 2 copies of Summons(es) mailed. (nb) (Entered: 07/31/2019) |
| 10/23/2019 | 6 | NOTICE OF APPEARANCE by Evelyn Yue Pang on behalf of NBME. (Pang, Evelyn) (Entered: 10/23/2019) |
| 10/23/2019 | 7 | LETTER MOTION for Extension of Time to File *Response to the Complaint* addressed to Judge Jesse M. Furman from Evelyn Y. Pang dated October 23, 2019. Document filed by NBME.(Pang, Evelyn) (Entered: 10/23/2019) |
| 10/23/2019 | 8 | AFFIDAVIT OF SERVICE of Notice of Appearance and Letter Motion Requesting Extension of Time to Respond to Complaint served on Plaintiff Debbie–Ann Bromfield Thompson on October 23, 2019. Service was made by First Class Mail. Document filed by NBME. (Pang, Evelyn) (Entered: 10/23/2019) |
| 10/23/2019 | 9 | ORDER granting 7 Letter Motion for Extension of Time to File. Application GRANTED. Defendant's deadline to answer, move to dismiss, or otherwise respond to the Complaint is November 11, 2019. The Clerk of Court is directed to terminate ECF No. 7 and mail a copy of this Order to Plaintiff. SO ORDERED. (Signed by Judge Jesse M. Furman on 10/23/19) (yv) Transmission to Docket Assistant Clerk for processing. (Entered: 10/24/2019) |
| 10/23/2019 | | Set/Reset Deadlines: NBME answer due 11/11/2019. (yv) (Entered: 10/24/2019) |
| 10/24/2019 | | Mailed a copy of 9 Order on Motion for Extension of Time to File, to Debbie Ann Bromfield–Thompson 1405 Kennedy Street, NW Washington, DC 20011. (vba) (Entered: 10/24/2019) |
| 10/28/2019 | 11 | SUMMONS RETURNED EXECUTED. Summons and Complaint served. American University of Antigua/Manipal Education Americas, LLC served on 10/4/2019, answer due 10/25/2019. Service was accepted by Anita O'Brien, Legal Dept. Document filed by Debbie Ann Bromfield–Thompson. (sc) (Entered: 10/30/2019) |
| 10/28/2019 | 12 | SUMMONS RETURNED EXECUTED. Summons and Complaint served. NBME, served on 10/4/2019, answer due 10/25/2019. Service was accepted by Barbara Miriello, Agent in Charge. Document filed by Debbie Ann Bromfield–Thompson. (sc) (Entered: 10/30/2019) |
| 10/30/2019 | 10 | ORDER TO SHOW CAUSE. It is hereby ORDERED that Plaintiff communicate with the Court, in writing, as to why Plaintiff has failed to serve the summons and Complaint on American University within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that American University has been served, when and in what manner such service was made. If the Court does not receive any communication from Plaintiff by November 20, 2019, showing good cause why such service was not made within the 90 days, the Court will dismiss the case as to American University without further notice. Finally, Plaintiff is directed (1) to notify American University's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by November 13, 2019. If unaware of the identity of counsel for American University, Plaintiff must forthwith send a copy of this Order to that party personally. The Clerk of the Court is directed to mail a copy of this Order to Plaintiff. SO ORDERED. (Signed by Judge Jesse M. Furman on 10/30/19) (yv) Transmission to Docket Assistant Clerk for processing. (Entered: 10/30/2019) |
| 10/30/2019 | | Mailed a copy of 10 Order to Show Cause, to Debbie Ann Bromfield–Thompson 1405 Kennedy Street, NW Washington, DC 20011. (vba) (Entered: 10/30/2019) |
| 10/31/2019 | 13 | ORDER TO SHOW CAUSE: Accordingly, it is hereby ORDERED that American University show cause why it has failed to answer or respond to the Complaint by November 14, 2019. Failure to demonstrate good cause could result in the entry of a |

| | | |
|---|---|---|
| | | default judgment. Plaintiff is directed (1) to notify American University's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by November 11, 2019. If unaware of the identity of counsel for American University, Plaintiff must forthwith send a copy of this Order to that party personally. The Clerk of the Court is directed to mail a copy of this Order to Plaintiff. SO ORDERED. (Signed by Judge Jesse M. Furman on 10/31/2019) (ks) Modified on 12/19/2019 (ks). (Entered: 10/31/2019) |
| 10/31/2019 | | Transmission to Docket Assistant Clerk. Transmitted re: 13 Order to Show Cause, to the Docket Assistant Clerk for case processing. (ks) (Entered: 10/31/2019) |
| 11/01/2019 | | Mailed a copy of 13 Order to Show Cause, to Debbie Ann Bromfield−Thompson 1405 Kennedy Street, NW Washington, DC 20011. (vba) (Entered: 11/01/2019) |
| 11/08/2019 | 19 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Debbie Ann Bromfield−Thompson consents to receive electronic service via the ECF system. Document filed by Debbie Ann Bromfield−Thompson.(sc) (Entered: 11/12/2019) |
| 11/08/2019 | 20 | AFFIDAVIT OF SERVICE of Order to Show Cause, served on American University of Antigua/Manipal Education Americas, LLC a/k/a GCLR on 11/5/19. Service was accepted by American University of Antigua/Manipal Education Americas, LLC, 1 Battery Plaza, 33rd Floor, New York, NY 10004 via Federal Express. Document filed by Debbie Ann Bromfield−Thompson. (sc) (Entered: 11/12/2019) |
| 11/11/2019 | 14 | MOTION to Dismiss . Document filed by NBME.(Pang, Evelyn) (Entered: 11/11/2019) |
| 11/11/2019 | 15 | DECLARATION of Cheri M. Kershen in Support re: 14 MOTION to Dismiss .. Document filed by NBME. (Pang, Evelyn) (Entered: 11/11/2019) |
| 11/11/2019 | 16 | MEMORANDUM OF LAW in Support re: 14 MOTION to Dismiss . . Document filed by NBME. (Pang, Evelyn) (Entered: 11/11/2019) |
| 11/11/2019 | 17 | PROPOSED ORDER. Document filed by NBME. Related Document Number: 14 . (Pang, Evelyn) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11/11/2019) |
| 11/11/2019 | 18 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by NBME.(Pang, Evelyn) (Entered: 11/11/2019) |
| 11/12/2019 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 17 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 11/12/2019) |
| 11/12/2019 | 21 | AFFIDAVIT OF SERVICE of Notice of Motion to Dismiss, Declaration of Cheri M. Kershen in Support, Memorandum of Law in Support, Proposed Order and Rule 7.1 Corporate Disclosure Statement served on Pro Se Plaintiff on November 11, 2019. Service was made by First Class Mail. Document filed by NBME. (Pang, Evelyn) (Entered: 11/12/2019) |
| 11/12/2019 | 22 | MOTION for Caroline M. Mew to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−18040829. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by NBME. (Attachments: # 1 Affidavit of Caroline M. Mew In Support, # 2 Certificates of Good Standing, # 3 Proposed Order)(Mew, Caroline) (Entered: 11/12/2019) |
| 11/12/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 22 MOTION for Caroline M. Mew to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−18040829. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 11/12/2019) |
| 11/13/2019 | 23 | ORDER granting 22 Motion for Caroline M. Mew to Appear Pro Hac Vice (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) (Furman, Jesse) (Entered: 11/13/2019) |
| 11/13/2019 | 24 | ORDER, It is hereby ORDERED that Plaintiff shall file any amended complaint by December 23, 2019. If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, Plaintiff should include those facts in |

| | | |
|---|---|---|
| | | the amended complaint. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss. If Plaintiff does amend, by January 20, 2020, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by December 23, 2019. Defendant's reply, if any, shall be served by January 13, 2020. At the time any reply is served, the party represented by counsel shall supply the Court with one, double–sided courtesy hard copy of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. Finally, the Clerk of the Court is directed to mail a copy of this Order to Plaintiff. SO ORDERED. (Amended Pleadings due by 12/23/2019., Motions due by 1/20/2020.) (Signed by Judge Jesse M. Furman on 11/13/19) (yv) Transmission to Docket Assistant Clerk for processing. (Entered: 11/13/2019) |
| 11/13/2019 | | Mailed a copy of 24 Order, Set Deadlines, to Debbie Ann Bromfield–Thompson 1405 Kennedy Street, NW Washington, DC 20011. (vba) (Entered: 11/13/2019) |
| 11/14/2019 | 25 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Manipal Education Americas, LLC for American University of Antigua. Document filed by American University of Antigua.(Patryk, Robb) (Entered: 11/14/2019) |
| 11/14/2019 | 26 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Manipal Academic Services International for Manipal Education Americas, LLC. Document filed by Manipal Education Americas, LLC.(Patryk, Robb) (Entered: 11/14/2019) |
| 11/14/2019 | 27 | RESPONSE TO ORDER TO SHOW CAUSE re: 13 Order to Show Cause,,,. Document filed by American University of Antigua, Manipal Education Americas, LLC. (Patryk, Robb) (Entered: 11/14/2019) |
| 11/14/2019 | 28 | DECLARATION of Leonard A. Sclafani in Opposition re: 13 Order to Show Cause,,,. Document filed by American University of Antigua, Manipal Education Americas, LLC. (Patryk, Robb) (Entered: 11/14/2019) |
| 11/14/2019 | 29 | NOTICE OF APPEARANCE by Amina Hassan on behalf of American University of Antigua, Manipal Education Americas, LLC. (Hassan, Amina) (Entered: 11/14/2019) |
| 11/14/2019 | 30 | NOTICE OF APPEARANCE by Robb William Patryk on behalf of American University of Antigua, Manipal Education Americas, LLC. (Patryk, Robb) (Entered: 11/14/2019) |
| 11/18/2019 | 31 | ORDER, All Defendants shall confer and submit a joint letter by November 25, 2019, indicating whether and to what extent they can consolidate their responses to the Complaint in a single amended motion to dismiss or answer. If Defendants indicate that they can and will file a (revised) consolidated motion to dismiss, that motion shall be due on December 20, 2019. Upon its filing, the Court will deny NBME's prior motion as moot. If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the consolidated motion, Plaintiff should include those facts in an amended complaint, to be filed by January 20, 2020. Plaintiff will not be given any further opportunity to amend the Complaint to address issues raised in the motion to dismiss. If Plaintiff does not file an amended complaint, Plaintiff shall file any opposition to the consolidated motion by January 20, 2020, and Defendants shall file any reply by January 27, 2020. If, on the other hand, Defendants indicate in their joint letter that they cannot fully consolidate their responses to the Complaint, then American University and Manipal shall answer, move to dismiss, or otherwise respond to the Complaint by December 9, 2019. If American University and Manipal file an answer, then the briefing schedule for NBME's motion to dismiss set forth in the Court's prior Order at ECF No. 24 shall remain in effect. If, however, American University and Manipal file their own motion to dismiss, then the following consolidated briefing schedule shall apply instead: If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in either NBME's motion to dismiss or American University and Manipal's motion to dismiss, or both, then Plaintiff should include those facts in an amended complaint, to be filed by January 13, 2020. Plaintiff will not be given any further opportunity to amend the Complaint to address issues raised by either motion. If Plaintiff does not file an amended complaint, |

| | | |
|---|---|---|
| | | Plaintiff shall file a single, consolidated opposition to both American University and Manipal's motion to dismiss and NBME's motion to dismiss by January 13, 2020, and Defendants shall file their replies by January 20, 2020. The Clerk of the Court is directed to mail a copy of this Order to Plaintiff. SO ORDERED. (American University of Antigua answer due 12/9/2019; American University of Antigua/Manipal Education Americas, LLC answer due 12/9/2019; Manipal Education Americas, LLC answer due 12/9/2019; NBME answer due 12/9/2019.)(Amended Pleadings due by 1/20/2020., Motions due by 12/20/2019., Responses due by 1/20/2020, Replies due by 1/27/2020.) (Signed by Judge Jesse M. Furman on 11/18/19) (yv) Transmission to Docket Assistant Clerk for processing. (Entered: 11/18/2019) |
| 11/19/2019 | | Mailed a copy of 31 Order, Set Deadlines, to Debbie Ann Bromfield–Thompson 1405 Kennedy Street, NW Washington, DC 20011. (vba) (Entered: 11/19/2019) |
| 11/25/2019 | 32 | JOINT LETTER addressed to Judge Jesse M. Furman from Robb W. Patryk dated 11/25/2019 re: Response to the Courts November 18, 2019 Order (ECF No. 31). Document filed by American University of Antigua, Manipal Education Americas, LLC.(Patryk, Robb) (Entered: 11/25/2019) |
| 11/26/2019 | 33 | ORDER, As indicated in the Order at ECF No. 31, American University and Manipal shall answer, move to dismiss, or otherwise respond to the Complaint by December 9, 2019. If American University and Manipal file a motion to dismiss, as they indicate in their recent letter, then Plaintiff shall file by January 13, 2020, either (1) an amended complaint pleading any additional facts that Plaintiff believes will cure deficiencies identified in NBME's motion to dismiss and American University and Manipal's motion to dismiss or (2) a consolidated opposition brief responding to both motions to dismiss. If Plaintiff files an opposition brief, Defendants shall file their replies by January 20, 2020. The Clerk of the Court is directed to mail a copy of this Order to Plaintiff. SO ORDERED. (Amended Pleadings due by 1/13/2020., Responses due by 1/13/2020, Replies due by 1/20/2020.) (Signed by Judge Jesse M. Furman on 11/26/19) (yv) Transmission to Docket Assistant Clerk for processing. (Entered: 11/26/2019) |
| 11/26/2019 | | Mailed a copy of 33 Order, Set Deadlines, to Debbie Ann Bromfield–Thompson 1405 Kennedy Street, NW Washington, DC 20011. (aea) (Entered: 11/26/2019) |
| 12/03/2019 | 34 | LETTER addressed to Judge Jesse M. Furman from Robb W. Patryk dated December 3, 2019 re: Additional Pages for Motion to Dismiss. Document filed by American University of Antigua, Manipal Education Americas, LLC.(Patryk, Robb) (Entered: 12/03/2019) |
| 12/04/2019 | 35 | MEMO ENDORSEMENT on re: 34 Letter filed by American University of Antigua, Manipal Education Americas, LLC. ENDORSEMENT: Application GRANTED. (Signed by Judge Jesse M. Furman on 12/4/2019) (mro) (Entered: 12/04/2019) |
| 12/09/2019 | 36 | MOTION to Dismiss . Document filed by American University of Antigua, Manipal Education Americas, LLC.(Patryk, Robb) (Entered: 12/09/2019) |
| 12/09/2019 | 37 | MEMORANDUM OF LAW in Support re: 36 MOTION to Dismiss . . Document filed by American University of Antigua, Manipal Education Americas, LLC. (Patryk, Robb) (Entered: 12/09/2019) |
| 12/09/2019 | 38 | DECLARATION of Vernon Solomon in Support re: 36 MOTION to Dismiss .. Document filed by American University of Antigua, Manipal Education Americas, LLC. (Patryk, Robb) (Entered: 12/09/2019) |
| 12/09/2019 | 39 | DECLARATION of Leonard A. Sclafani in Support re: 36 MOTION to Dismiss .. Document filed by American University of Antigua, Manipal Education Americas, LLC. (Attachments: # 1 Exhibit 1)(Patryk, Robb) (Entered: 12/09/2019) |
| 12/09/2019 | 40 | DECLARATION of Amina Hassan in Support re: 36 MOTION to Dismiss .. Document filed by American University of Antigua, Manipal Education Americas, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Text of Proposed Order)(Patryk, Robb) (Entered: 12/09/2019) |

| | | |
|---|---|---|
| 01/07/2020 | 41 | LETTER from Debbie Ann Bromfield–Thompson dated 1/3/2020 re: I am urgently requesting approval of my consent to file as I have a motion due in the Court on January 13th, 2019. Document filed by Debbie Ann Bromfield–Thompson.(vn) (Entered: 01/09/2020) |
| 01/07/2020 | 42 | MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING Debbie Ann Bromfield–Thompson to participate in electronic case filing in this case. Document filed by Debbie Ann Bromfield–Thompson. (vn) (Entered: 01/09/2020) |
| 01/10/2020 | 43 | ORDER granting 42 MOTION for Permission for Debbie Ann Bromfield–Thompson to participate in electronic case filing in this case. Application GRANTED. The Clerk of Court is directed to terminate ECF No. 42 and mail a copy of this Order to Plaintiff. SO ORDERED. (Signed by Judge Jesse M. Furman on 1/10/2020) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 01/10/2020) |
| 01/10/2020 | | Mailed a copy of 43 Order on Motion for Permission for Electronic Case Filing, to Debbie Ann Bromfield–Thompson 1405 Kennedy Street, NW Washington, DC 20011. (vba) (Entered: 01/10/2020) |
| 01/14/2020 | 44 | DECLARATION of Debbie Ann Bromfield–Thompson, in opposition to re: 36 MOTION to Dismiss . Document filed by Debbie Ann Bromfield–Thompson. (sc) (Entered: 01/16/2020) |
| 01/14/2020 | 45 | FIRST AMENDED COMPLAINT, re: amending 1 Complaint against American University of Antigua/Manipal Education Americas, LLC, NBME.Document filed by Debbie Ann Bromfield–Thompson. Related document: 1 Complaint.(sc) (Entered: 01/16/2020) |
| 01/14/2020 | 46 | EXHIBITS(Exhibit List), re: 45 Amended Complaint. Document filed by Debbie Ann Bromfield–Thompson.(sc) (Entered: 01/16/2020) |
| 01/21/2020 | 47 | ORDER: By February 4, 2020, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on their previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the relevant previously filed motion to dismiss as moot. SO ORDERED., American University of Antigua/Manipal Education Americas, LLC answer due 2/4/2020; NBME answer due 2/4/2020.( Motions due by 2/4/2020.) (Signed by Judge Jesse M. Furman on 1/21/2020) (ama) (Entered: 01/21/2020) |
| 01/22/2020 | 48 | LETTER addressed to Judge Jesse M. Furman from Robb W. Patryk dated January 22, 2020 re: Additional Pages for Motion to Dismiss. Document filed by American University of Antigua, Manipal Education Americas, LLC.(Patryk, Robb) (Entered: 01/22/2020) |
| 01/23/2020 | 49 | MEMO ENDORSEMENT on re: 48 Letter Additional Pages for Motion to Dismiss filed by American University of Antigua, Manipal Education Americas, LLC. ENDORSEMENT: Application GRANTED. SO ORDERED. (Signed by Judge Jesse M. Furman on 1/23/20) (yv) (Entered: 01/23/2020) |
| 02/04/2020 | 50 | MOTION to Dismiss *the First Amended Complaint*. Document filed by NBME..(Pang, Evelyn) (Entered: 02/04/2020) |
| 02/04/2020 | 51 | DECLARATION of Cheri M. Kershen in Support re: 50 MOTION to Dismiss *the First Amended Complaint*.. Document filed by NBME..(Pang, Evelyn) (Entered: 02/04/2020) |
| 02/04/2020 | 52 | MEMORANDUM OF LAW in Support re: 50 MOTION to Dismiss *the First Amended Complaint*. . Document filed by NBME..(Pang, Evelyn) (Entered: 02/04/2020) |
| 02/04/2020 | 53 | PROPOSED ORDER. Document filed by NBME. Related Document Number: [50, 51 and 52]. (Pang, Evelyn) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/04/2020) |
| 02/04/2020 | 54 | AFFIDAVIT OF SERVICE of Notice of Motion to Dismiss the Amended Complaint; Declaration of Cheri M. Kershen in Support; Memorandum of Law in Support and a Proposed Order served on Pro Se Plaintiff on February 4,2020. Service was made by Overnight Mail. Document filed by NBME..(Pang, Evelyn) (Entered: 02/04/2020) |

| | | |
|---|---|---|
| 02/04/2020 | 55 | MOTION to Dismiss *the First Amended Complaint*. Document filed by American University of Antigua, Manipal Education Americas, LLC..(Patryk, Robb) (Entered: 02/04/2020) |
| 02/04/2020 | 56 | MEMORANDUM OF LAW in Support re: 55 MOTION to Dismiss *the First Amended Complaint*. . Document filed by American University of Antigua, Manipal Education Americas, LLC..(Patryk, Robb) (Entered: 02/04/2020) |
| 02/04/2020 | 57 | DECLARATION of ANITA O'BRIEN in Support re: 55 MOTION to Dismiss *the First Amended Complaint*.. Document filed by American University of Antigua, Manipal Education Americas, LLC..(Patryk, Robb) (Entered: 02/04/2020) |
| 02/04/2020 | 58 | DECLARATION of VERNON SOLOMON in Support re: 55 MOTION to Dismiss *the First Amended Complaint*.. Document filed by American University of Antigua, Manipal Education Americas, LLC. (Attachments: # 1 Exhibit 1).(Patryk, Robb) (Entered: 02/04/2020) |
| 02/04/2020 | 59 | DECLARATION of AMINA HASSAN in Support re: 55 MOTION to Dismiss *the First Amended Complaint*.. Document filed by American University of Antigua, Manipal Education Americas, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Text of Proposed Order).(Patryk, Robb) (Entered: 02/04/2020) |
| 02/05/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 53 Proposed Order was reviewed and approved as to form. (km)** (Entered: 02/05/2020) |
| 02/06/2020 | 60 | ORDER denying as moot 36 Motion to Dismiss; denying as moot 14 Motion to Dismiss. In light of Defendants' new motions to dismiss, see ECF Nos. 50 & 55, Defendants' earlier motions to dismiss filed at ECF Nos. 14 and 36 are hereby DENIED as moot. Plaintiff shall file a single, consolidated opposition, not to exceed 40 pages, addressing both motions to dismiss by March 4, 2020. Defendants' replies, if any, are due by March 11, 2020. At the time any reply is served, the moving party shall supply the Court with one, double−sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York. The Clerk of Court is directed to terminate ECF Nos. 14 and 36. SO ORDERED. (Signed by Judge Jesse M. Furman on 2/6/2020) (jca) (Entered: 02/06/2020) |
| 02/06/2020 | | Set/Reset Deadlines: Responses due by 3/4/2020, Replies due by 3/11/2020. (jca) (Entered: 02/06/2020) |
| 03/05/2020 | 61 | MEMORANDUM OF LAW in Opposition re: 50 MOTION to Dismiss *the First Amended Complaint*., 55 MOTION to Dismiss *the First Amended Complaint*. . Document filed by Debbie−Ann Bromfield Thompson. (Attachments: # 1 Exhibit, # 2 Supplement, # 3 Text of Proposed Order, # 4 Supplement).(Bromfield Thompson, Debbie−Ann) (Entered: 03/05/2020) |
| 03/05/2020 | 62 | DECLARATION of Debbie Ann Bromfield Thompson in Opposition re: 55 MOTION to Dismiss *the First Amended Complaint*., 50 MOTION to Dismiss *the First Amended Complaint*.. Document filed by Debbie−Ann Bromfield Thompson..(Bromfield Thompson, Debbie−Ann) (Entered: 03/05/2020) |
| 03/09/2020 | 63 | LETTER MOTION for Extension of Time *to file reply in Support of Defendants' Motions to Dismiss* addressed to Judge Jesse M. Furman from Robb W. Patryk dated March 9, 2020. Document filed by American University of Antigua, Manipal Education Americas, LLC..(Patryk, Robb) (Entered: 03/09/2020) |
| 03/10/2020 | 64 | ORDER granting 63 Letter Motion for Extension of Time. Application GRANTED. Defendants' replies are due March 12, 2020, and Plaintiff's deadline to file an opposition is extended nunc pro tunc to March 5, 2020. The Clerk of Court is directed to terminate ECF No. 63. SO ORDERED. (Signed by Judge Jesse M. Furman on 3/9/20) (yv) (Entered: 03/10/2020) |
| 03/10/2020 | | Set/Reset Deadlines as to 50 MOTION to Dismiss *the First Amended Complaint*., 55 MOTION to Dismiss *the First Amended Complaint*. Responses due by 3/5/2020. Replies due by 3/12/2020. (yv) (Entered: 03/10/2020) |

| | | |
|---|---|---|
| 03/12/2020 | 65 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MEMORANDUM OF LAW in Support re: 55 MOTION to Dismiss *the First Amended Complaint*. . Document filed by American University of Antigua/Manipal Education Americas, LLC..(Patryk, Robb) Modified on 3/17/2020 (ka). (Entered: 03/12/2020) |
| 03/12/2020 | 66 | REPLY MEMORANDUM OF LAW in Support re: 50 MOTION to Dismiss *the First Amended Complaint*. . Document filed by NBME..(Pang, Evelyn) (Entered: 03/12/2020) |
| 03/12/2020 | 67 | AFFIDAVIT OF SERVICE of Reply Brief in Support of the Motion to Dismiss Plaintiff's First Amended Complaint by the National Board of Medical Examiners served on Plaintiff Debbie–Ann Bromfield Thompson on March 12, 2020. Service was made by First Class Mail. Document filed by NBME..(Pang, Evelyn) (Entered: 03/12/2020) |
| 03/12/2020 | 68 | REPLY MEMORANDUM OF LAW in Support re: 55 MOTION to Dismiss *the First Amended Complaint*. . Document filed by American University of Antigua/Manipal Education Americas, LLC..(Patryk, Robb) (Entered: 03/12/2020) |
| 03/12/2020 | 69 | LETTER addressed to Judge Jesse M. Furman from Amina Hassan dated March 12, 2020 re: Final Letter to Judge Furman re courtesy copies of motion to dismiss papers. Document filed by American University of Antigua/Manipal Education Americas, LLC..(Patryk, Robb) (Entered: 03/12/2020) |
| 10/13/2020 | 70 | OPINION AND ORDER re: 55 MOTION to Dismiss *the First Amended Complaint*. filed by American University of Antigua, Manipal Education Americas, LLC, 50 MOTION to Dismiss *the First Amended Complaint*. filed by NBME. For the foregoing reasons, Defendants' motions are GRANTED and Bromfield–Thompson's Complaint is dismissed in its entirety. In particular, Bromfield–Thompson's claims against AUA are dismissed (without prejudice) pursuant to Rule 12(b)(5) for insufficient service of process; her claims against NBME are dismissed (without prejudice to re–filing in a district with personal jurisdiction over NBME, see Smith v. United States, 554 F. App'x 30, 32 n.2 (2d Cir. 2013) (summary order)) pursuant to Rule 12(b)(2) for lack of personal jurisdiction; and her claims against MEA are dismissed pursuant to Rule 12(b)(6) for failure to state a claim. The Court need not, and does not, consider Defendants' other arguments for dismissal.The Court declines to sua sponte grant Bromfield–Thompson leave to amend. Although leave to amend should be freely given "when justice so requires, Fed. R. Civ. P. 15(a)(2), and courts should generally grant pro se plaintiffs leave to amend "at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated," Gomez v. USAA Fed. Sav. Bank, 171 F.3d 794, 795 (2d Cir. 1999) (per curiam) (internal quotation marksomitted), it is "within the sound discretion of the district court to grant or deny leave to amend," McCarthy v. Dun & Bradstreet Corp., 482 F.3d 184, 200 (2d Cir. 2007). Bromfield–Thompson already amended her complaint, and she neither seeks leave to amend again nor suggests that she possesses any additional facts that could cure the defects in her dismissed claims. See, e.g., Fischman v. Mitsubishi Chem. Holdings Am., Inc., No. 18–CV–8188 (JMF), 2019 WL 3034866, at *7 (S.D.N.Y. July 11, 2019) (declining to grant leave to amend as to certain claims in the absence of any suggestion that additional facts could remedy defects in the plaintiff's pleading). Furthermore, Bromfield–Thompson was on notice of Defendants' arguments when she filed her current Complaint given that Defendants had made the same arguments in support of their motions to dismiss the original complaint, see ECF Nos. 16, 37, and Bromfield–Thompson was expressly warned that she would "not be given any further opportunity to amend the complaint to address issues raised by the motion[s] to dismiss," ECF No. 24. In light of these circumstances, the Court will not sua sponte grant leave to amend. See, e.g., Overby v. Fabian, No. l7–CV–3377 (CS), 2018 WL 3364392, at *14 (S.D.N.Y. July 10, 201 8) ("Plaintiff's failme to fix deficiencies in his previous pleading, after being provided ample notice of them, is alone sufficient ground to deny leave to amend sua sponte. "). The Clerk of Court is directed to te1minate ECF Nos. 50 and 55 and to close the case. SO ORDERED. (Signed by Judge Jesse M. Furman on 10/13/2020) (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 10/13/2020) |
| 10/13/2020 | 71 | CLERK'S JUDGMENT re: 70 Memorandum & Opinion in favor of American University of Antigua/Manipal Education Americas, LLC, NBME against Debbie–Ann Bromfield Thompson. It is hereby ORDERED, ADJUDGED AND |

|  |  |  |
|---|---|---|
|  |  | DECREED: That for the reasons stated in the Court's Opinion and Order dated October 13, 2020, Defendants' motions are GRANTED and Bromfield−Thompson's Complaint is dismissed in its entirety. In particular, Bromfield−Thompson's claims against AUA are dismissed (without prejudice) pursuant to Rule 12(b)(5) for insufficient service of process; her claims against NBME are dismissed (without prejudice to re−filing in a district with personal jurisdiction over NBME, see Smith v. United States, 554 F. App'x 30, 32 n.2 (2d Cir. 2013) (summary order)) pursuant to Rule 12(b)(2) for lack of personal jurisdiction; and her claims against MEA are dismissed pursuant to Rule 12(b)(6) for failure to state a claim. The Court need not, and does not, consider Defendants' other arguments for dismissal. The Court declines to sua sponte grant Bromfield−Thompson leave to amend. Although leave to amend should be freely given "when justice so requires, Fed. R. Civ. P. 15(a)(2), and courts should generally grant pro se plaintiffs leave to amend "at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated," Gomez v. USAA Fed. Sav. Bank, 171 F.3d 794, 795 (2d Cir. 1999) (per curiam) (internal quotation marksomitted), it is "within the sound discretion of the district court to grant or deny leave to amend," McCarthy v. Dun & Bradstreet Corp., 482 F.3d 184, 200 (2d Cir. 2007). Bromfield−Thompson already amended her complaint, and she neither seeks leave to amend again nor suggests that she possesses any additional facts that could cure the defects in her dismissed claims. See, e.g., Fischman v. Mitsubishi Chem. Holdings Am., Inc., No. 18−CV−8188 (JMF), 2019 WL 3034866, at *7 (S.D.N.Y. July 11, 2019) (declining to grant leave to amend as to certain claims in the absence of any suggestion that additional facts could remedy defects in the plaintiffs pleading). Furthermore, Bromfield−Thompson was on notice of Defendants' arguments when she filed her current Complaint given that Defendants had made the same arguments in support of their motions to dismiss the original complaint, see ECF Nos. 16, 3 7, and Bromfield−Thompson was expressly warned that she would "not be given any further opportunity to amend the complaint to address issues raised by the motion[s] to dismiss," ECF No. 24. In light of these circumstances, the Court will not sua sponte grant leave to amend. See, e.g., Overby v. Fabian, No. l 7−CV−3377 (CS), 2018 WL 3364392, at* 14 (S.D.N. Y. July 10, 2018) ("Plaintiffs failure to fix deficiencies in his previous pleading, after being provided ample notice of them, is alone sufficient ground to deny leave to amend sua sponte."); accordingly, this case is closed. (Signed by Clerk of Court Ruby Krajick on 10/13/2020) (Attachments: # 1 Right to Appeal) (km) Transmission to Docket Assistant Clerk for processing. (Entered: 10/13/2020) |
| 11/12/2020 | 72 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – NOTICE OF APPEAL. Document filed by Debbie−Ann Bromfield Thompson. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Bromfield Thompson, Debbie−Ann) Modified on 11/12/2020 (tp). (Entered: 11/12/2020) |
| 11/12/2020 |  | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Bromfield Thompson, Debbie−Ann to RE−FILE Document No. 72 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re−file the appeal using the event type Corrected Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp)** (Entered: 11/12/2020) |
| 11/12/2020 | 73 | NOTICE OF APPEAL from 70 Memorandum & Opinion, 71 Clerk's Judgment. Document filed by Debbie−Ann Bromfield Thompson. Form D−P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 11/13/2020) |
| 11/13/2020 |  | Appeal Fee Due: for 73 Notice of Appeal. Appeal fee due by 11/27/2020. (tp) (Entered: 11/13/2020) |
| 11/13/2020 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 73 Notice of Appeal. (tp) (Entered: 11/13/2020) |
| 11/13/2020 |  | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 73 Notice of Appeal filed by Debbie−Ann Bromfield Thompson were transmitted to the U.S. Court of Appeals. (tp) (Entered: 11/13/2020) |