**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

**Distribution of Instructions & Forms for Pro Se Parties in U.S & Private Civil Cases**

__x__ Acknowledgment and Notice of Appearance
__x__ Docketing Notice
__x__ Docket Report
__x__ How to Appeal Your Civil Case
__x__ How to Appeal as a Pro Se Party
__x__ Form D-P
__x__ T-1080 Form
__x__ Financial Affidavit
__x__ Local Rule 24.1 Statement
__x__ Certificate of Service
__x__ Format Motion
__x__ Format Brief
__x__ Format Appendix
__x__ Pro Se Scheduling Notification
__x__ Oral Argument Statement (Local Rule 34.1(a))
__x__ Form 6 Certificate of compliance
__n/a__ Form 7 Declaration of Inmate Filing (only if detained/incarcerated)