# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Bromfield-Thompson v. American University of Antigua   **Docket No.:** 20-3855

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Robert A. Burgoyne

**Firm:** Perkins Coie LLP

**Address:** 700 13th St. NW, Suite 800 Washington, DC 20005-3960

**Telephone:** 202-654-1744   **Fax:** 202-654-6211

**E-mail:** rburgoyne@perkinscoie.com

**Appearance for:** National Board of Medical Examiners (listed as "NBME" in caption), Defendant/Appellee
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: Evelyn Y. Pang/Perkins Coie LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 04/04/2016   OR

[ ] I applied for admission on _____ .

**Signature of Counsel:** /s/ Robert A. Burgoyne

**Type or Print Name:** Robert A. Burgoyne

# **CERTIFICATE OF SERVICE**

I certify that on November 27, 2020, an electronic copy of the foregoing document was filed with the Clerk of Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system. I further certify that counsel for American University of Antigua and Manipal Education Americas, LLC is a registered CM/ECF user and that service will be accomplished by the appellate CM/ECF system.

I certify that a true and correct copy of the foregoing document is being served on *pro se* plaintiff-appellant Debbie-Ann Bromfield-Thompson on November 27, 2020, by first class mail, postage prepaid, addressed to:

Debbie Ann Bromfield-Thompson
1405 Kennedy Street NW
Washington, DC 20011

/s/ Robert A. Burgoyne