## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Bromfield-Thompson v. American University of Antigua    Docket No.: 20-3855

Lead Counsel of Record (name/firm) or Pro se Party (name): Robert A. Burgoyne, Perkins Coie LLP

Appearance for (party/designation): National Board of Medical Examiners (listed as "NBME" in caption of plaintiff's complaint), Defendant/Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties:
( ) Incorrect. Please change the following parties' designations:
    Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                                    Fax:
Email:

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 04/04/2016    OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Robert A. Burgoyne
Type or Print Name: Robert A. Burgoyne
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## **CERTIFICATE OF SERVICE**

I certify that on November 30, 2020, an electronic copy of the foregoing document was filed with the Clerk of Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system. I further certify that counsel for American University of Antigua and Manipal Education Americas, LLC is a registered CM/ECF user and that service will be accomplished by the appellate CM/ECF system.

I certify that a true and correct copy of the foregoing document is being served on *pro se* plaintiff-appellant Debbie-Ann Bromfield-Thompson on November 30, 2020, by first class mail, postage prepaid, addressed to:

Debbie Ann Bromfield-Thompson
1405 Kennedy Street NW
Washington, DC 20011

/s/ Robert A. Burgoyne

150326677.1