## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **Bromfield-Thompson v. AUA/MEA**  Docket No.: **20-3855**

Lead Counsel of Record (name/firm) or Pro se Party (name): **Debbie-Ann Bromfield-Thompson**

Appearance for (party/designation): none

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption as indicated is:**
- [X] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation is:**
- [X] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: **Please delete NBME as a party - Appellee**
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

**Contact Information for Lead Counsel/Pro Se Party is:**
- [X] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: ___
Firm: ___
Address: ___
Telephone: ___  Fax: ___
Email: ___

### RELATED CASES

- [X] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: ___
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ___

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ___ OR that [ ] I applied for admission on ___ or renewal on ___. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: ___
Type or Print Name: ___
OR
Signature of pro se litigant: *[signature]*
Type or Print Name: **Debbie-Ann Bromfield-Thompson**
- [X] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Debbie-Ann Bromfield-Thompson

v.

AUA/MEA

CERTIFICATE OF SERVICE*

Docket Number: 20-3855

I, Debbie-Ann Bromfield-Thompson, hereby certify under penalty of perjury that
(print name)
on 11-24-20, I served a copy of the Acknowledgment and Notice of Appearance
(date)
(list all documents)

by (select all applicable)**

___ Personal Delivery      ✓ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

AUA
| Robb W. Patryk | 1 Battery Park Plaza | New York | NY | 10004 |
| Name | Address | City | State | Zip Code |

MEA, LLC
| Robb W. Patryk | 1 Battery Plaza | New York | NY | 10004 |
| Name | Address | City | State | Zip Code |

| | | | | |
| Name | Address | City | State | Zip Code |

| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11-24-20
Today's Date

[Signature]
Signature

Certificate of Service Form (Last Revised 12/2015)