## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Bromfield-Thomspson v. American University of Antigua   Docket No.: 20-3855

Lead Counsel of Record (name/firm) or Pro se Party (name): Robb W. Patryk, Hughes Hubbard & Reed LLP

Appearance for (party/designation): American University of Antigua; Manipal Education Americas, LLC (Defendants/Appellees)
(both incorrectly referred to in the District Court caption as "American University of Antigua/Manipal Education Americas, LLC, AKA GCLR, LLC")

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

### RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 11/24/2020 OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Robb W. Patryk
Type or Print Name: Robb W. Patryk
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

## ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Instructions: This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

Case Information:

Short Title: Bromfield-Thomspson v. American University of Antigua    Docket Number:_____

Personal Contact Information:

Client 1:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 2:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 3:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 4:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 5:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## CERTIFICATE OF SERVICE

I, Amina Hassan, hereby certify under penalty of perjury as follows:

(1) On December 8, 2020, an electronic copy of the foregoing document was filed with the Clerk of Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system;

(2) Counsel for National Board of Medical Examiners ("NBME") is a registered CM/ECF user and that service will be accomplished by the appellate CM/ECF system; and

(3) A true and correct copy of the foregoing document is being served on pro se plaintiff-appellant Debbie-Ann Bromfield-Thompson on December 8, 2020, by first class mail, postage prepaid, addressed to: Debbie Ann Bromfield-Thompson, 1405 Kennedy Street NW, Washington, DC 20011.

Executed on: December 8, 2020
New York, New York

By: _____
Amina Hassan

99371878_1