NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Bromfield-Thomson v. American University of Antigua          Docket No.: 20-3855

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Amina Hassan

Firm: Hughes Hubbard & Reed LLP

Address: One Battery Park Plaza, New York, NY 10004

Telephone: 212 837 6793                    Fax: 917 837 6793

E-mail: amina.hassan@hugheshubbard.com

Appearance for: American University of Antigua, Manipal Education Americas, LLC, Defendants/Appellees
                                                (party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
                                                (name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
                                                (name/firm)

☑ Additional counsel (co-counsel with: Robb W. Patryk / Hughes Hubbard & Reed LLP )
                                                (name/firm)

☐ Amicus (in support of: _____ )
                                                (party/designation)

---

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _____

Type or Print Name: Amina Hassan

## CERTIFICATE OF SERVICE

I, Amina Hassan, hereby certify under penalty of perjury as follows:

(1) On December 8, 2020, an electronic copy of the foregoing document was filed with the Clerk of Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system;

(2) Counsel for National Board of Medical Examiners ("NBME") is a registered CM/ECF user and that service will be accomplished by the appellate CM/ECF system; and

(3) A true and correct copy of the foregoing document is being served on pro se plaintiff-appellant Debbie-Ann Bromfield-Thompson on December 8, 2020, by first class mail, postage prepaid, addressed to: Debbie Ann Bromfield-Thompson, 1405 Kennedy Street NW, Washington, DC 20011.

Executed on:  December 8, 2020
New York, New York

By: _____

Amina Hassan