## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **Bromfield-Thompson v. AUA/MEA**   Docket No.: **20-3855**

Lead Counsel of Record (name/firm) or (Pro se) Party (name): **Debbie-Ann Bromfield-Thompson**

Appearance for (party/designation): none

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[X] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[X] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: **Please delete NBME as a party - Appellee unless a formal act is necessary.**
[ ] Incorrect.   Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[X] Correct
[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

RECEIVED 2020 DEC 28 PM 3:08 CLERK'S OFFICE U.S. COURT OF APPEALS

### RELATED CASES

[X] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are:_____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: *[signed]*
Type or Print Name: **Debbie-Ann Bromfield-Thompson**
[X] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Debbie-Ann Bronfield-Thompson

v.

AUA/MEA and NBME

CERTIFICATE OF SERVICE*

Docket Number: 20-3855

I, Debbie-Ann Bronfield-Thompson, hereby certify under penalty of perjury that
(print name)

on December 10th, 2020, I served a copy of the Acknowledgement & Notice
(date)
of Appearance (Revised)
(list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| AUA c/o Rob W. Patryk | Hughes Hubbard & Reed, 1 Battery Plaza | New York | N.Y. | 10004 |
| MEA, LLC (c/o) Rob W. Patryk | Hughes Hubbard & Reed, 1 Battery Plaza | New York | NY | 10004 |
| NBME c/o Robert A. Burgoyne | Perkins Coie, LLP, 700 13th St, NW, Suite 800 | DC | | 20005 |
| NBME (c/o) Evelyn Y. Pang | Perkins Coie, 1155 Ave. of the Americas, 22nd Fl. | NY | NY | 10036 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

December 10th, 2020
Today's Date

[Signature]
Signature

Certificate of Service Form (Last Revised 12/2015)

Bromfield-Thompson
1405 Kennedy St., N.W.
Washington, D.C. 20011

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC
20011
DEC 10, 20
AMOUNT
$1.20
R2305K135021-09

Att: Mr. Willoughby, Case Manager
United Court of Appeals
Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007