# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE** Debbie-Ann Bromfield-Thompson v. AUA/MEA LLC and NBME | **DISTRICT** SDNY (NYC) | **DOCKET NUMBER** 20-3855 |
| | **JUDGE** FURMAN | **APPELLANT** |
| | **COURT REPORTER** N/A | **PRO SE APPELLANT** Debbie-Ann Bromfield-Thompson |

**Check the applicable provision:**
- [ ] I am ordering a transcript.
- [X] I am not ordering a transcript.

**Reason for not ordering a transcript:**
- [ ] Copy is already available
- [X] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (i.e., oral argument, order from the bench, etc.)

N/A

RECEIVED 2021 JAN 19 PM 3:58 CLERK'S OFFICE U.S. COURT OF APPEALS

**METHOD OF PAYMENT**   [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (APPELLANT'S NAME, ADDRESS, TELEPHONE)

N/A

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

**APPELLANT'S SIGNATURE:** [signed]   **DATE:** 1-15-2021

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**DEBBIE-ANN BROMFIELD-THOMPSON**

     Appellant,

                Docket No. 20-3855

v.

**AUA/MEA, LLC and NBME**

     Appellees.

### Certificate of Service

I, Debbie-Ann Bromfield-Thompson, hereby certify under penalty of perjury that on this 15th day of January, 2021 I served a copy of Form D-P, via United States first class mail, postage prepaid, on the following counsel:

Robert A. Burgoyne, Esq., (counsel for NBME)
Perkins Coie, LLP
Suite 600
700 13th Street, NW
Washington, DC 20005

Evelyn Yue Pang, Esq (counsel for NBME)
Perkins Coie, LLP
22nd Fl.
1155 Avenue of the Americas
New York, NY 10036

Robb William Patry, Esq., (counsel for AUA/MEA, LLC)
Hughes Hubbard & Reed LLP
1 Battery Plaza
New York, NY 10004

Amina Hassan, Esq., (Counsel for AUA/MEA, LLC)
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

_____
Debbie-Ann Bromfield-Thompson



```
EVERALD THOMPSON                              0.1 LBS      PAK 1
(202) 538-7338                              SHP WT: 1 LBS
MBE6378                                     DATE: 16 JAN 2021
B
8705 COLESVILLE RD
SILVER SPRING   MD 20910-3903

SHIP  UNITED STATES COURT OF APPEALS
TO:   SECOND CIRCUIT
      40 FOLEY SQ

      NEW YORK   NY 10007-1502
```

 

NY 102 9-10

UPS 2ND DAY AIR A.M.          2A
TRACKING #: 1Z 884 VE0 07 2037 5182



BILLING: P/P

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

ISH 13.00F ZZP 450 39.5V 11/2020
RRD RF2 0121

O. Bromfield-Thompson
1405 Kennedy Street, N.W.
Washington, DC 20011

United Court of Appeals
Second Circuit
U.S. Courthouse
40 Foley Square
New York, N.Y. 10007