**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: January 25, 2021 | DC Docket #: 19-cv-6078 |
| Docket #: 20-3855cv | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Bromfield-Thompson v. American University of Antigua | DC Judge: Furman |

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8623.