# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE: Debbie-Ann Bromfield-Thompson v. AUA/MEA, LLC and NBME | USCA DOCKET NUMBER: 20-3855 | APPELLANT: Debbie-Ann Bromfield-Thompson |
| | DISTRICT: SDNY (19-CV-6078) | APPELLANT'S ADDRESS: 1405 Kennedy St., N.W. Washington, DC 20011 |
| | DISTRICT/AGENCY NUMBER: | APPELLANT'S PHONE NUMBER: 202-534-9164 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted for filing no later than __March 1st, 2021__ (MM/DD/YYYY). This date is within 91 days of the later of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required filing date of my Form D-P with the Court.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal illness or family death, the Court will not grant a motion to extend the time to file a brief. Local Rule 27.1.(f)(1).

_____
Signature of Appellant/Petitioner

1-26-2021
Date

DEBBIE-ANN BROMFIELD THOMPSON
Print Name

Rev. May, 2011

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Debbie-Ann Bromfield-Thompson

v.

AUA/MEA, LLC and NBME

**CERTIFICATE OF SERVICE***

Docket Number: 20-3855

I, Debbie-Ann Bromfield-Thompson, hereby certify under penalty of perjury that
(print name)
on January 26th, 2021, I served a copy of Scheduling Notification
(date)
(list all documents)

by (select all applicable)**

___ Personal Delivery      ✓ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Amina Hassan | Hughes, Hubbard, & Reed, 1 Battery Plaza | NY | NY | 10004 |
| Robb William Patry | Hughes Hubbard & Reed, 1 Battery Plaza | NY | NY | 10004 |
| Robert Burgoyne | Perkins Coie, LLP 700 13th St, N.W. | Washington | DC | 20005 |
| Evelyn Yue Pang | Perkins Coie, LLP 1155 Avenue of Americas | NY | NY | 10004 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

1-26-2021
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)

1405 Kennedy Street, NW
Washington, DC 20011

January 26th, 2021

prosecases@ca2.uscourts.gov

The Clerk
US Court of Appeals
Second Circuit
40 Foley Square
New York, NY 10007

**Re: Debbie-Ann Bromfield-Thompson v. AUA/MEA, LLC and NBME, Appeal No.20-3855**

Dear Sir/Madam:

Please find attached the Scheduling Notification, along with a Certificate of Service in the above captioned case.

Thank you.

Yours truly,

Debbie-Ann Bromfield Thompson