UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand twenty-one,

Debbie Ann Bromfield-Thompson,

    Plaintiff - Appellant,

v.

NBME, American University of Antigua, Manipal Education Americas, LLC,

    Defendants-Appellees,

American University of Antigua/Manipal Education Americas, LLC, AKA GCLR, LLC,

    Defendant.

**ORDER**
Docket No: 20-3855

 APPELLANT Debbie Ann Bromfield-Thompson has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting March 1, 2021 as the brief and joint appendix filing date.

 The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court