

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

March 8, 2021

VIA ECF

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    Scheduling Notification Letter, *Bromfield-Thompson v. American University of Antigua* (No. 20-03855)

Dear Ms. Wolfe:

      We represent the Appellees, American University of Antigua and Manipal Education Americas, LLC, in the above-captioned appeal. In accordance with this Court's Local Rule 31.2(a), we respectfully request May 28, 2021 as the deadline for the Appellees to submit Appellees' opposition brief. This date is within 91 days of the filing of the Appellant's brief on February 26, 2021.

      Respectfully submitted,

      */s/ Robb W. Patryk*
      Robb W. Patryk

**CERTIFICATE OF SERVICE**

I, Amina Hassan, hereby certify under penalty of perjury as follows:

(1) On March 8, 2021, an electronic copy of the foregoing document was filed with the Clerk of Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system;

(2) Counsel for National Board of Medical Examiners ("NBME") is a registered CM/ECF user and that service will be accomplished by the appellate CM/ECF system; and

(3) A true and correct copy of the foregoing document is being served on *pro se* plaintiff-appellant Debbie-Ann Bromfield-Thompson on March 8, 2021, by first class mail, postage prepaid, addressed to: Debbie Ann Bromfield-Thompson, 1405 Kennedy Street NW, Washington, DC 20011.

Executed on:  March 8, 2021
              New York, New York

By: _____
        Amina Hassan