# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand twenty-one,

Debbie Ann Bromfield-Thompson,

    Plaintiff - Appellant,

v.

NBME, American University of Antigua, Manipal Education Americas, LLC,

    Defendants-Appellees,

American University of Antigua/Manipal Education Americas, LLC, AKA GCLR, LLC,

    Defendant.

**ORDER**
Docket No: 20-3855

Counsel for APPELLEES American University of Antigua and Manipal Education Americas, LLC has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 28, 2021 as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before May 28, 2021. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

