# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| DEBBIE ANN BROMFIELD-THOMPSON,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>AMERICAN UNIVERSITY OF ANTIGUA et al.,<br><br>        Defendants-Appellees. | No. 20-3855 |

## JOINT AGREEMENT TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiff-Appellant Debbie Ann Bromfield-Thompson and Defendant-Appellee National Board of Medical Examiners (NBME) hereby agree to dismiss this appeal with respect to Ms. Bromfield-Thompson's claims against NBME with prejudice.

Each party will bear her or its own costs and attorneys' fees. There are currently no costs due on appeal.

151558644.1

Dated: February 28, 2021

Respectfully submitted,

_____
Debbie Ann Bromfield-Thompson
1405 Kennedy St. NW
Washington, DC 20011
(202) 534-9164

Plaintiff-Appellant (*pro se*)

_____
Robert A. Burgoyne
Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005
(202) 654-1744

Counsel for Defendant-Appellee NBME

- 2 -

151558644.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that on March 12, 2021, a copy of the foregoing document was served by first class mail, postage prepaid, on:

Debbie Ann Bromfield-Thompson
1405 Kennedy St. NW
Washington, DC 20011

/s/ Robert A. Burgoyne
Robert A. Burgoyne

151558644.1