# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of March, two thousand twenty-one.

Debbie Ann Bromfield-Thompson,

    Plaintiff - Appellant,

v.

NBME, American University of Antigua, Manipal Education Americas, LLC,

    Defendants-Appellees,

American University of Antigua/Manipal Education Americas, LLC, AKA GCLR, LLC,

    Defendant.

**ORDER**

Docket No. 20-3855

Appellant and Appellee National Board of Medical Examiners ("NBME") have filed a stipulation, pursuant to Federal Rule of Appellate Procedure 42(b), dismissing the appeal as to Appellant's claims against NBME.

The stipulation is hereby SO ORDERED. The appeal will continue as to the remaining Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court