**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: September 07, 2021
Docket #: 20-3855cv
Short Title: Bromfield-Thompson v. American University of
Antigua

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 19-cv-6078
DC Court: SDNY (NEW YORK
CITY)
DC Judge: Furman

**NOTICE OF SUBMISSION DATE**
**FOR DETERMINATION OF APPEAL**

**Submission Date:**    Friday, October 8, 2021

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3
business days prior to the scheduled date of submission. The Court will consider the motion or
stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to
withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement
must be reported immediately to the Calendar Team, and a copy of it must be attached to the
stipulation.

Inquiries regarding this case may be directed to 212-857-8595.