**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 22, 2021
Docket #: 20-3855cv
Short Title: Bromfield-Thompson v. American University of Antigua

DC Docket #: 19-cv-6078
DC Court: SDNY (NEW YORK CITY)
DC Judge: Furman

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8534.