# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty-one,

Before:  Dennis Jacobs,
 Steven J. Menashi,
  *Circuit Judges,*
 Lewis J. Liman,
  *District Judge.* *

| | |
|---|---|
| Debbie Ann Bromfield-Thompson, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 20-3855 |
| v. | |
| American University of Antigua, Manipal Education Americas, LLC, | |
| Defendants-Appellees, | |
| American University of Antigua/Manipal Education Americas, LLC, AKA GCLR, LLC, NBME, | |
| Defendants. | |

Debbie Ann Bromfield-Thompson having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court



* Judge Lewis J. Liman of the United States District Court for the Southern District of New York, sitting by designation.